### 6890.   CARTER *v.* THE STATE.

BROYLES, J.   The evidence authorized the verdict; no error of law is complained of, and the court did not err in overruling the motion for a new trial.                                         *Judgment affirmed.*

DECIDED NOVEMBER 19, 1915.

Accusation of larceny after trust; from city court of Dublin—Judge Hicks. August 9, 1915.

*Hal B. Wimberly,* for plaintiff in error.

*S. P. New, solicitor,* contra.